No. 83–2032. IMMIGRATION AND NATURALIZATION SERVICE *v.* RIOS-PINEDA ET AL. C. A. 8th Cir. Certiorari granted. 

No. 84–510. ASPEN SKIING CO. *v.* ASPEN HIGHLANDS SKIING CORP. C. A. 10th Cir. Certiorari granted. 

No. 83–1624. UNITED STATES *v.* ALBERTINI. C. A. 9th Cir. Certiorari granted. In addition to the question presented in the petition, the parties are requested to address the following question: Whether the respondent's attendance at the "open house" at Hickam Air Force Base on May 16, 1981, was the kind of reentry that Congress intended to prohibit in 18 U. S. C. § 1382?

No. 84–433. SCHOOL COMMITTEE OF THE TOWN OF BURLINGTON, MASSACHUSETTS, ET AL. *v.* DEPARTMENT OF EDUCATION OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari granted limited to Questions I and V presented by the petition. 

No. 84–5240. JEAN ET AL. *v.* NELSON, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted. 